JESSE FIERO, ADMINISTRATOR, ETC., RESPONDENT, v. ELIZA JANE FIERO, APPELLANT.

APPEAL from a judgment in favor of the plaintiff, entered upon the trial of this action before the court, without a jury.

The only question in the case, was, whether or not a savings bank-book had been given to the defendant by the plaintiff's intestate, as a *donatio mortis causa*. The justice, before whom the case

was tried, held that there was not sufficient evidence to establish the gift, and the General Term concurred in his opinion, and affirmed the judgment.

*Wm. P. Fiero,* for the appellant.

*J. N. Fiero,* for the respondent.

Opinion by MILLER, P. J.

Present — MILLER, P. J., BOOKES and BOARDMAN, JJ.

Judgment affirmed, with costs.